Nos. 1035, 1036, 1037, and 1038. WESTERN UNION TEL-
EGRAPH COMPANY, PLAINTIFF IN ERROR, *v.* LOUISVILLE
& NASHVILLE RAILROAD COMPANY. In error to the Su-
preme Court of the State of Alabama. Motions to dis-
miss or affirm and petitions for writs of certiorari sub-
mitted June 4, 1917. Decided June 11, 1917. *Per Curiam.*
Judgments affirmed with costs, upon the authority of
*Pensacola Telegraph Co.* v. *Western Union Telegraph Co.,*
96 U. S. 1; *Western Union Telegraph Co.* v. *Ann Arbor
R. R. Co.,* 178 U. S. 239; *Western Union Telegraph Co.* v.
*Pennsylvania R. R. Co.,* 195 U. S. 540; *Western Union Tel-
egraph Co.* v. *Richmond,* 224 U. S. 160; *Louisville & Nash-
ville R. R. Co.* v. *Western Union Telegraph Co.,* 237 U. S.
300. Petitions for writs of certiorari denied. *Mr. Rush
Taggart, Mr. Ray Rushton, Mr. William M. Williams* and
*Mr. Forney Johnston* for plaintiff in error. *Mr. Henry L.
Stone* and *Mr. E. Perry Thomas* for defendant in error.

---

No. 1122. CAROLINA, CLINCHFIELD & OHIO RAILWAY,
PLAINTIFF IN ERROR, *v.* GEORGE W. STROUP. In error to
the United States Circuit Court of Appeals for the Sixth
Circuit. Motion to dismiss or affirm submitted June 4,
1917. Decided June 11, 1917. *Per Curiam.* Dismissed
for want of jurisdiction upon the authority of § 3 of the
Act of Congress of September 6, 1916, c. 448, 39 Stat.
726, 727. *Mr. John W. Price* for plaintiff in error. *Mr.
Robert Burrow* and *Mr. Isaac Harr* for defendant in
error.